IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) No. CIV-22-264-C ) |
| AD ASTRA RECOVERY SERVICES, INC.; JEFFERSON CAPITAL SYSTEMS; and KANSAS COUNSELORS, INC., | ) ) ) ) |
| Defendants | ) ) |

## JUDGMENT OF DISMISSAL

Upon consideration of the pleadings herein, and the Court's accompanying Memorandum Opinion and Order,

IT IS ORDERED, ADJUDGED, AND DECREED that this action be and the same is hereby dismissed with prejudice.

**DATED** this 9th day of June 2022.

ROBIN J. CAUTHRON
United States District Judge